UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANON SHORTER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARREN L. MONTGOMERY,<br><br>　　　　Respondent. | No. 2:18-cv-0537 KJM AC P<br><br><br><br>ORDER |

　　　　Petitioner has filed his third request for an extension of time to file traverse. ECF No. 18. Good cause appearing, the request will be granted.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Petitioner's request for an extension of time (ECF No. 18) is granted; and

　　　　2. Petitioner shall file a traverse on or before November 14, 2018.

DATED: October 17, 2018

　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE