UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANON SHORTER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARREN L. MONTGOMERY,<br><br>　　　　　Respondent. | No.  2:18-cv-0537 KJM AC P<br><br><br>ORDER TO SHOW CAUSE |

By order filed December 18, 2018, this case was stayed and petitioner was directed to file a case status report every sixty days, advising the court of the progress of his state habeas petition. ECF No. 23.  Petitioner's last status report was filed on November 18, 2020, over sixty days ago.

Accordingly, IT IS HEREBY ORDERED that within seven days of the filing of this order, petitioner shall show good cause why he should not be sanctioned for failing to comply with the December 18, 2018 order.  Prompt filing of a case status report will be deemed full compliance with this order and will automatically discharge the order to show cause.  Failure to timely comply with this order shall result in the imposition of appropriate sanctions.

DATED: February 2, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1