UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHANON SHORTER,

Petitioner,

v.

WARREN L. MONTGOMERY,

Respondent.

No. 2:18-cv-0537 DAD AC

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITIONER'S MOTION TO LIFT STAY, AND REOPENING THIS CASE

(Doc. Nos. 56, 70)

Petitioner, a state prisoner represented by counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On July 9, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's motion to lift the stay and re-open this case (Doc No. 56) be granted, that the Clerk of the Court be directed to reopen this case, and that the previously issued stay of this action be lifted with this case proceeding on the original petition. (Doc. No. 70.)

Those findings and recommendations were served on the parties and contained notice to all parties that any objections thereto were to be filed within fourteen days. (*Id.* at 2.) Neither party filed objections to the findings and recommendations and petitioner's counsel filed an affirmative statement of non-opposition to those findings and recommendations.

The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly:

1. The July 9, 2026 findings and recommendations (Doc. No. 70) are adopted in full;
2. Petitioner's motion to lift the stay and re-open this case (Doc. No. 56) is granted;
3. The stay is lifted and this case proceeds on the original petition;
4. The Clerk of the Court is directed to re-open this case;
5. The parties are directed to file a joint status report within thirty days of this order addressing any supplemental briefing the parties may seek to submit and including a proposed schedule for such briefing; and
6. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **November 11, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE